UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOCELYN E. RAINEY,

      Plaintiff,                         Case No. 14-cv-14210
                                         Hon. Matthew F. Leitman

v.

EDUCATIONAL CREDIT
MANAGEMENT CORP,

      Defendant.

_____/

## JUDGMENT

In accordance with the Opinion and Order Granting Defendant's Motion for

Summary Judgment, dated April 21, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendant and against Plaintiff.

                                     DAVID J. WEAVER
                                     CLERK OF COURT


                    By:    s/Holly A. Monda
                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 21, 2016
Detroit, Michigan